Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.:  15−14140−JNP
                Chapter:  13
                Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dana L. McGovern
   aka DANA L SYKES
   17 Candlestick Lane
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−9823

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: October 15, 2020
JAN: eag

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 15-14140-JNP
Dana L. McGovern                                                                                          Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                                          Page 1 of 3
Date Rcvd: Oct 15, 2020                   Form ID: cscnodsc                                    Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#          Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dana L. McGovern, 17 Candlestick Lane, Sicklerville, NJ 08081-5694 |
| cr | + | Bank of America, N.A., Stern, Lavinthal & Frankenberg LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| cr | + | Wilton's Corner Proprietary Association, 60 Meetinghouse Circle, Sicklerville, NJ 08081-4894 |
| 515603788 | + | Bank of America, N.A., P.O. Box 5170, Simi Valley, CA 93062-5170 |
| 516453639 | + | Bank of America, NA, Attn Prober and Raphael, 20750 Ventura Blvd., Suite 100, Woodland Hills, CA 91364-6207 |
| 515375091 | #+ | Bk Of Amer, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 515496013 | + | Brian P. McGovern, 17 Candlestick Lane, Sicklerville, NJ 08081-5694 |
| 515510268 | | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515544569 | + | Cavalry SPV I, LLC, Assignee of Capital One Bank (USA), N.A., Bass & Associates, P.C., 3936 E Ft. Lowell Road Suite #200, Tucson, AZ 85712-1083 |
| 515402928 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Department Stores National Bank For Macys Branded, Bankruptcy Processing, Po Box 8053, Mason, OH 45040 |
| 515375096 | + | Edfinancial Services L, 120 N Seven Oaks D, Knoxville, TN 37922-2359 |
| 515402456 | + | Edfinancial on behalf of US Dept. of Education, 120 N. Seven Oaks Dr., Knoxville, TN 37922-2359 |
| 515604360 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 515375097 | + | JB Management, WCPA, 60 Meetinghouse Circle, Sicklerville, NJ 08081-4894 |
| 515375098 | + | Kia Motors Finance, Po Box 20815, Fountain Valley, CA 92728-0815 |
| 515375100 | + | Pressler And Pressler, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 515375102 | #+ | Scott Sykes, 729 Eden Lane, Somerdale, NJ 08083-2511 |
| 515607538 | + | Wells Fargo Bank, N.A., P.O. Box 45038 MAC Z3057012, Jacksonville, FL 32232-5038 |
| 515611576 | + | Wells Fargo Bank, NA, PO Box 5058 MAC P6053-021, Portland, OR 97208-5058 |
| 515399015 | + | Wilton's Corner Proprietary Association, c/o George C. Greatrex, Jr., Esquire, Shivers, Gosnay & Greatrex, LLC, 1415 Route 70 East, Suite 309, Cherry Hill, NJ 08034-2210 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 15 2020 21:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 15 2020 21:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515375092 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2020 22:19:21 | Cap One, Po Box 85520, Richmond, VA 23285 |
| 515430584 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 15 2020 21:31:00 | RBS Citizens NA, 443 Jefferson Blvd, RJW 135, Warwick RI 02886 |
| 515375101 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 15 2020 21:31:00 | Rbs Citizens Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 515605741 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 15 2020 22:18:13 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516446580 | + | Email/Text: BKBCNMAIL@carringtonms.com | | |

Case 15-14140-JNP    Doc 51    Filed 10/17/20    Entered 10/18/20 00:34:06    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 15, 2020 | Form ID: cscnodsc | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 15 2020 21:31:00 | Carrington Mortgage Services, LLC, (servicing rights only), 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 516446581 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 15 2020 21:31:00 | Carrington Mortgage Services, LLC, (servicing rights only), 1600 South Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, (servicing rights only) 92806-5951 |
| 515375093 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 15 2020 21:31:00 | Comenity Bank/nwyrk&co, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 515386566 | | Email/Text: mrdiscen@discover.com | Oct 15 2020 21:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515375094 | + | Email/Text: mrdiscen@discover.com | Oct 15 2020 21:31:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 515375099 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 15 2020 21:31:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 515394501 | | Email/Text: bnc-quantum@quantum3group.com | Oct 15 2020 21:31:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 515375103 | | Email/Text: bankruptcy@td.com | Oct 15 2020 21:31:00 | Td Bank N.a., 32 Chestnut St, Lewiston, ME 04240 |
| 515416886 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 15 2020 22:19:20 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515375095 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilton's Corner Proprietary Association eholdren@hillwallack.com |

District/off: 0312-1 User: admin Page 3 of 3
Date Rcvd: Oct 15, 2020 Form ID: cscnodsc Total Noticed: 35

        jhanley@hillwallack.com;hwbknj@hillwallack.com

Isabel C. Balboa
        on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
        ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jeanette F. Frankenberg
        on behalf of Creditor Bank of America N.A. cmecf@sternlav.com

Joseph J. Rogers
        on behalf of Debtor Dana L. McGovern jjresq@comcast.net jjrogers0507@gmail.com

TOTAL: 6